BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-00030 EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TAKING TRIAL OFF CALENDAR |
| v. | ) | |
| | ) | |
| JUAN CARLOS MONROY, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

      The above-captioned matter is currently scheduled for trial on February 29, 2016, at 8:30 a.m.,
with the pretrial conference set for February 9, 2016 at 2:30 p.m., and other associated deadlines set by
the Court's Pretrial Order of September 4, 2015 (ECF No. 641).  The defendant Juan Carlos Monroy, by
and through his counsel George Boisseau, and the government, represented by Assistant United States
Attorney Rita Lin, (collectively, the "parties") jointly request and stipulate that the trial date, pretrial
conference, and all other case deadlines, including those specified in the Pretrial Order of September 4,
2015, be taken off calendar.  The defendant has requested that the government evaluate the possibility of
resolving the case through diversion, and the government is willing to consider such a resolution.  The
defendant requires additional time to be evaluated by Pretrial Services for suitability for diversion, and

1    to provide additional documentation to the government regarding his potential suitability for diversion.

2    Accordingly, the parties request that all case deadlines be taken off calendar, and that a status conference

3    be set for January 13, 2016 at 2:30 p.m.

4            In addition, the parties further request the exclusion of time from December 1, 2015 to January

5    13, 2016, pursuant to the Speedy Trial Act to allow for effective preparation of counsel.  Such exclusion

6    is necessary to permit defense counsel to investigate and gather additional documentation to be produced

7    to the government and to arrange for Pretrial Services to conduct an evaluation of the defendant's

8    suitability for diversion.

9

10   Dated: 12/1/2015                                              _____
                                                                    /s/
11                                                                 GEORGE BOISSEAU, ESQ.
                                                                   Attorney for Defendant
12                                                                 JUAN CARLOS MONROY

13
                                                                   BRIAN J. STRETCH
14                                                                 Acting United States Attorney

15

16   Dated: 12/1/2015                                              _____
                                                                    /s/
17                                                                 RITA F. LIN
                                                                   Assistant United States Attorney

18

19           Based on the parties' stipulation, and good cause having been shown, all case deadlines shall be

20   taken off calendar, and the parties shall appear for a status conference on January 13, 2016, at 2:30 p.m.

21   The Court further finds, based on the representations above, that the ends of justice served by excluding

22   the period from December 1, 2015 to January 13, 2016 from Speedy Trial Act calculations outweighs

23   the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare

24   effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

25           IT IS SO ORDERED.

26   DATED:   12/11/15

27                                                                 _____
28                                                                 HON. EDWAR[D]
                                                                   United States Di[strict]



STIPULATION AND [PROPOSED] ORDER
CR 12-00030 EMC                          2